UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE E. DALEY, III          :
    Plaintiff,              :
V.                            :   CIVIL NO. 3:09-CV-02080 (WWE)
                              :
CHASE BANK USA., N.A., ET AL. :
                              :
    Defendant.             :
                              :   October 22, 2010

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and the Court's order of September 23, 2010, Defendant/Counterclaim Plaintiff Chase Bank USA, N.A. ("Chase") respectfully moves for a default judgment against Counterclaim Defendant Michelle Daley ("Ms. Daley"). Chase respectfully requests that under Federal Rule of Civil Procedure 55(b)(1) the Clerk enter judgment against Ms. Daley in the amount of $27,814.78. In support of this motion Chase avers as follows:

1.    Chase filed an amended Counterclaim on June 29, 2010 asserting a cause of action of fraud against Michelle Daley. (Doc. 43, Count Two).

2    Chase caused process to be duly served on Ms. Daley on July 18, 2010. (Doc. 50). Ms. Daley did not appear or otherwise defend in the time allowed by the Rules of Procedure.

3.    On September 23, 2010, the Clerk of Court entered a default against Ms. Daley. (Doc. 59.)

4. Ms. Daley is neither a minor nor an incompetent person. Publicly available records show she is forty-three years old and appeared *pro se* in a 2009 debt collections action in Connecticut Superior Court styled *Erin Capital Management, LLC v. Michelle Daley*, No. WWM-CV09-5004783-S.

5. Chase's claim for fraud against Ms. Daley is for a sum certain or can be made certain by computation.

6. Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, Chase submits herewith the Affidavit of Karen H. Trimmer showing the amount due.

WHEREFORE, the Defendant respectfully requests that this Court grant the Motion for Default Judgment against Plaintiff Michelle Daley in the amount of $27,814.78, plus costs and postjudgment interest.

DEFENDANT,
CHASE BANK USA, N.A.

By: _____/S/_____
Bradford S. Babbitt (ct13938)
Christopher F. Girard (ct26896)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: bbabbitt@rc.com
cgirard@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/<br>
Bradford S. Babbitt

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE E. DALEY, III          :
                              :
        Plaintiff,            :
V.                            :   CIVIL NO. 3:09-CV-02080
                              :
CHASE BANK USA., N.A., ET AL. :
                              :
        Defendant.            :
                              :

## AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT

I, Karen H. Trimmer, having been duly sworn, do hereby depose and say that:

1. I am over 18 years of age and am competent to make this declaration on behalf of Chase Bank USA, N.A ("Chase"). The statements made herein are based on my personal knowledge and the business records of Chase.

2. I am employed by Chase as a Senior Business Process Manager.

3. I make this declaration on behalf of Chase in support of its motion for default judgment against the Counterclaim Defendant, Michelle Daley.

4. George E. Daley III, Plaintiff/Counterclaim Defendant in the above-captioned action, was a Chase cardholder until May 31, 2009 when his account charged off due to non-payment.

5. Michelle Daley, Counterclaim Defendant in the above-captioned action, is and was at all relevant times George E. Daley III's wife.

6.  Chase has asserted a Counterclaim against Michelle Daley in the captioned action alleging that Michelle Daley fraudulently misrepresented her authorization to use George E. Daley III's credit card to make cash withdrawals, and neither she nor her husband paid a substantial portion of the credit card account balance owed, resulting in loss to Chase.

7.  On October 21, 2008, an "Affirmation of Unauthorized Use" was submitted to Chase, signed by George E. Daley III, detailing the fraudulent misuse of his Chase credit card. A true and accurate copy of the affirmation is attached as Exhibit 1.

8.  The Affirmation of Unauthorized Use shows dozens of allegedly unauthorized cash withdrawals over the period of 2006 to 2008, for a total of $32,477.75. The Chase account statements of activity on Mr. Daley's account confirm that these withdrawals were, in fact, made.

9.  The outstanding balance on George E. Daley III's Chase credit card account is $27,814.78. A true and correct copy of George E. Daley III's Chase credit card account summary for his statement ending on May 9, 2009, showing the balance due on Mr. Daley's account, is attached as Exhibit 2.

10. The sum of the fraudulent charges incurred by Michelle Daley exceeds the balance of Mr. Daley's account. Accordingly, the loss to Chase caused by Michelle Daley's fraud is equal to the total balance on Mr. Daley's account of $27,814.78.

11. Chase therefore requests that judgment enter in its favor and against Michelle Daley in the amount of $27,814.78.

12. Michelle Daley is neither a minor, nor is she incompetent. Publicly available records show she is forty-three years old and that a Michelle Daley with the same home address as the Counterclaim Defendant appeared *pro se* in a 2009 debt collections action in Connecticut

Superior Court styled *Erin Capital Management, LLC v. Michelle Daley*, No. WWM-CV09-5004783-S.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 20, 2010.

[signature]
[NAME]

LISA A. ALLEN
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES 09-16-2013

[signature: Lisa A. Allen]

# EXHIBIT 1

04286 AFL 001 005 28208 - YNNNNNNNNNNN

# AFFIRMATION OF UNAUTHORIZED USE

**CUSTOMER SECURITY OPERATIONS**

I, GEORGE E DALEY , state and declare that I am the Cardmember of the Credit Card listed below.

OCT 2 4 2008

Account Number: 5491041660004044

**RECEIVED**

Any transaction(s) occurring on or after July 1, 2008 is/are also unauthorized.

Neither I, nor any authorized user of the account number indicated above, including any authorized third parties, have used this credit card for the charges that are indicated by me below as unauthorized. Furthermore, neither I, nor any authorized user of the account received any benefit or value from these charges.

Signed: _George Daley_   Date: 10/21/08
         Cardholder Signature

Signed: _____   Date: _____
         Cardholder Signature

To expedite processing, you may fax this Affirmation to 866-827-7034.

Write any additional unauthorized transaction(s) on the blank line(s). If more room is needed, include the additional unauthorized transactions on a separate sheet of paper and return with the Affirmation.

## UNAUTHORIZED TRANSACTIONS
Circle "Yes" if transactions are authorized
Circle "No" if transactions are not authorized

| Authorized | Date | Amount | Merchant/Bank | Address | Transaction Acct# |
|---|---|---|---|---|---|
| YES (NO) | 07/06/2008 | 303.00 | GCA* MOHEGAN 80 | UNCASVILLE CT 000000000 US 0000000000000000 | 5491041660004044 |
| YES (NO) | 08/02/2008 | 203.00 | GCA* MOHEGAN 80 | UNCASVILLE CT 000000000 US 0000000000000000 | 5491041660004044 |
| YES (NO) | 08/01/2008 | 202.00 | CHELSEA GROTON | NORWICH CT 000000000 US 0000000000000000 | 5491041660004044 |
| YES (NO) | 07/01/2008 | 303.00 | GCA* MOHEGAN 80 | UNCASVILLE CT 000000000 US 0000000000000000 | 5491041660004044 |
| YES (NO) | 08/29/2008 | 202.50 | SAVINGS INSTIT | CANTERBURY CT 000000000 US 0000000000000000 | 5491041660004044 |

5491041660004044                Date: October 8, 2008

0010000057824961001

04286 AFL 001 005 28208 - YNNNNNNNNNNN

## AFFIRMATION OF UNAUTHORIZED USE
### (Continued - Page 2)

| Authorized | Date | Amount | Merchant/Bank | Address | Transaction Acct# |
|---|---|---|---|---|---|
| YES (NO) | 09/28/2008 | 303.00 | GCA* MOHEGAN 80 | UNCASVILLE CT 000000000 US 0000000000000000 | 5491041660004044 |
| YES (NO) | 09/01/2008 | 203.00 | GCA* MOHEGAN 80 | UNCASVILLE CT 000000000 US 0000000000000000 | 5491041660004044 |
| YES (NO) | 10/20/06 | 302.75 | Chasewood Bnk Unc cs. | Uncasville | |
| YES (NO) | 10/20/06 | 202.25 | Chasewoodbank | Uncasville | |
| YES (NO) | 11/2/06 | 202.50 | Chasewoodbank | Mashantucket | |
| YES (NO) | 11/2/06 | 82.50 | Chasewoodbnk | Mashantucket | |
| YES (NO) | 11/12/06 | 82.75 | Chasewood | Uncasville | |
| YES (NO) | 11/2/06 | 82.75 | Chasewood | Uncasville | |
| YES (NO) | 11/18/06 | 122.75 | Chasewood | Uncasville | |
| YES (NO) | 6/17/06 | 162.75 | Chasewood | Uncasville | |
| YES (NO) | 12/15/06 | 202.50 | Chasewood | Mashantucket | |
| YES (NO) | 1/27/07 | 302.75 | Chasewood | Mashantucket | |
| (NO) | 1/29/07 | 302.75 | Chasewood | Uncasville | |
| (NO) | 2/10/07 | 202.75 | Chasewood | Mashantucket | |
| (NO) | 2/13/07 | 302.75 | " " | Uncasville | |
| (NO) | 2/14/07 | 202.75 | " " | Uncasville | |
| (NO) | 2/21/07 | 402.75 | " " | Uncasville | |
| (NO) | 4/28/07 | 202.75 | " " | Uncasville | |
| (NO) | 3/8/07 | 82.75 | " " | Mashantucket | |
| (NO) | 3/9/07 | 302.75 | " " | Uncasville | |
| (NO) | 3/10/07 | 302.75 | " " | Uncasville | |
| (NO) | 3/17/07 | 302.75 | " " | Uncasville | |
| (NO) | 3/19/07 | 182.75 | { | Uncasville | |
| (NO) | 3/23/07 | 302.75 | { | Mashantucket | |
| (NO) | 3/25/07 | 302.75 | { | Uncasville | |
| (NO) | 3/31/07 | 282.75 | { | Uncasville | |
| (NO) | 4/1/07 | 302.75 | { | Uncasville | |
| (NO) | 4/8/07 | 302.75 | " | " | Mashantucket |





| Date | Amount | Bank | Location |
|---|---|---|---|
| 4/10/07 | 182.75 | Chasewood | Uncasville |
| 4/17/07 | 182.75 | | Uncasville |
| 4/20/07 | 302.75 | | Uncasville |
| 4/26/07 | 262.75 | | Uncasville |
| 5/2/07 | 202.75 | | Uncasville |
| 5/11/07 | 202.75 | Dime Savings | Norwich |
| 5/11/07 | 202.75 | Chasewood | Uncasville |
| 5/12/07 | 402.75 | | Mashantucket |
| 5/18/07 | 302.75 | | Uncasville |
| 5/20/07 | 302.00 | Dime Bank | Norwich |
| 5/18/07 | 102.75 | Chasewood | Mashantucket |
| 5/19/07 | 302.00 | Dime Bank | Norwich |
| 5/25/07 | 402.75 | Chasewood | Mashantucket |
| 5/26/07 | 202.75 | Chasewood | Uncasville |
| 5/27/07 | 302.75 | | Mashantucket |
| 5/28/07 | 202.75 | | Uncasville |
| 5/30/07 | 202.75 | | Uncasville |
| 6/4/07 | 202.75 | | Uncasville |
| 6/5/07 | 402.75 | | Mashantucket |
| 6/16/07 | 202.75 | | Mashantucket |
| 6/18/07 | 302.75 | | Uncasville |
| 6/19/07 | 202.75 | | Uncasville |
| 6/29/07 | 302.75 | | Uncasville |
| 7/5/07 | 202.75 | | Uncasville |
| 7/7/07 | 402.75 | | Uncasville |
| 7/14/07 | 202.75 | | Uncasville |
| 7/16/07 | 302.75 | | Uncasville |
| 7/18/07 | 302.75 | | Uncasville |
| 7/22/07 | 302.75 | | Uncasville |
| 7/23/07 | 302.75 | | Mashantucket |
| 7/29/07 | 302.75 | | Uncasville |
| 8/3/07 | 302.75 | | Uncasville |
| 8/7/07 | 302.75 | | Mashantucket |
| 8/8/07 | 302.75 | | Uncasville |
| 8/12/07 | 302.75 | | Uncasville |
| 8/14/07 | 302.75 | | Uncasville |
| 8/15/07 | 402.75 | | Uncasville |
| 8/25/07 | 302.75 | | Uncasville |

*All unauthorized*

# All unauthorized

| Date | Amount | | Location | |
|---|---|---|---|---|
| 9/1/07 | 302.75 | | Uncasville | |
| 9/2/07 | 282.75 | | Uncasville | |
| 9/14/07 | 302.75 | | Uncasville | |
| 9/14/07 | 102.75 | | Uncasville | |
| 9/15/07 | 162.75 | | Uncasville | |
| 9/15/07 | 200.00 | Cumberland Farm | Norwich | |
| 9/21/07 | 402.75 | | Mashantucket | |
| 9/22/07 | 302.75 | | Uncasville | |
| 10/1/07 | 302.75 | | Uncasville | |
| 10/3/07 | 402.75 | | Uncasville | |
| 10/6/07 | 302.75 | | Uncasville | |
| 10/19/07 | 302.75 | GCA | Uncasville | |
| 10/20/07 | 262.75 | GCA | Uncasville | |
| 10/21/07 | 302.75 | GCA | Uncasville | |
| 11/3/07 | 402.75 | GCA | Uncasville | |
| 11/4/07 | 302.75 | GCA | Mashantucket | |
| 11/10/07 | 282.50 | Liberty Bank | Norwich | |
| 11/18/07 | 401.50 | Eastern Savings | Plainfield | |
| 11/19/07 | 82.75 | | Uncasville | |
| 11/20/07 | 302.00 | Dime | Norwich | |
| 11/26/07 | 302.75 | Mohegan | Uncasville | |
| 11/29/07 | 202.75 | Mohegan | Uncasville | |
| 12/4/07 | 302.75 | Foxwoods | Mashantucket | |
| 12/7/07 | 303.00 | Mohegan | Uncasville | |
| 1/13/08 | 403.00 | Mohegan | Uncasville | |
| 1/14/08 | 303.00 | Mohegan | Uncasville | |
| 1/17/08 | 303.00 | Mohegan | Uncasville | |

# All unauthorizeds

| Date | Amount | Merchant | Location |
|---|---|---|---|
| 1/27/08 | 203.00 | Mohegan | Uncasville |
| 1/31/08 | 303.00 | " | Uncasville |
| 2/3/08 | 403.00 | " | Uncasville |
| 2/4/08 | 203.00 | " | Uncasville |
| 2/10/08 | 83.00 | " | Uncasville |
| 2/16/08 | 202.50 | Saunas Dish | Canterbury |
| 2/21/08 | 303.00 | Mohegan | Uncasville |
| 2/21/08 | 103.00 | Mohegan | Uncasville |
| 2/23/08 | 303.00 | Bank of America | Norwichtown |
| 2/24/08 | 203.00 | Mohegan | Uncasville |
| 2/28/08 | 302.00 | Chelsea Groton | Norwich |
| 2/28/08 | 103.00 | Mohegan | Uncasville |
| 2/29/08 | 102.50 | Saunas Dist | Plainfield |
| 3/2/08 | 302.00 | Eastern Sav | Plainfield |
| 3/3/08 | 83.00 | Foxwoods | Mashantucket |
| 3/9/08 | 203.00 | Mohegan | Uncasville |
| 3/10/08 | 203.00 | Foxwoods | Mashantucket |
| 3/26/08 | 303.00 | Mohegan | Uncasville |
| 3/27/08 | 301.50 | Jewett City Sav | Jewett City |
| 4/1/08 | 162.50 | Saunas Dish | Lisbon |
| 4/25/08 | 402.00 | Dime Sav | Norwich |
| 4/28/08 | 303.00 | Mohegan | Uncasville |
| 5/1/08 | 303.00 | Mohegan | Uncasville |
| 5/3/08 | 302.00 | Dime | Norwich |
| 5/4/08 | 303.00 | Foxwoods | Mashantucket |
| 5/8/08 | 203.00 | Foxwoods | Mashantucket |
| 5/9/08 | 402.00 | Dime Sav | Norwich |

# EXHIBIT 2

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 06/04/09 | $27,814.78 | $6,130.00 | $11,899.78 |

Account number: 5401 6830 7620 9110

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

5401683076209110011899780278147800000007

27534 BEXZ 13009 C
GEORGE E DALEY
396 LISBON RD
CANTERBURY CT 06331-1703

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑃500016028⑃  2093076 2091108⑊

# CHASE ○

Statement Date:
04/11/09 - 05/10/09

Minimum Payment: $11,899.78
Payment Due Date: 06/04/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY — MASTERCARD Account Number: 5401 6830 7620 9110

| | | | |
|---|---|---|---|
| Previous Balance | $27,137.85 | Total Credit Line | $23,000 |
| Finance Charges | +$676.93 | Available Credit | $0 |
| New Balance | $27,814.78 | Cash Access Line | $23,000 |
| | | Available for Cash | $0 |

The outstanding balance on your credit card account is scheduled to be written off as a bad debt shortly. As a result, your credit bureau will be updated with a negative rating that could last for up to seven years. We can still help, but you need to call us now at 1-888-792-7547 (collect 1-302-594-8200).

Your account is closed. Please continue to make monthly payments by the due date until your balance is paid in full.

## FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $296.84 | $7.37 | $0.00 | $0.00 | $7.37 |
| Cash advances | V .08216% | 29.99% | $27,164.79 | $669.56 | $0.00 | $0.00 | $669.56 |
| Total finance charges | | | | | | | $676.93 |

Effective Annual Percentage Rate (APR):  29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

This Statement is a Facsimile - Not an original

0000001 RS0000G C 1    006 N  Z  10  09/05/10    Page 1 of 1    00225  MA MA 27534    13010000010002753401

https://instantimage.bankone.net/Star/action/Print.do?pageName=CCStmt&nTotalItems=...    12/29/2009

Chase0163

**Address Change Request**

Please provide information below only if the address information on front is incorrect

Street Address: _____

City: _____

State: ___

Zip: _____ _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

---

**To contact us regarding your account:**

**By Telephone:**
In U.S.          1-800-436-7927
Español          1-888-446-3308
TDD              1-800-955-8060
Pay by phone     1-800-436-7958
Outside U.S. call collect
                 1-302-594-8200

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards

---

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g. balance transfers/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charge for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA11406

Chase0164

https://instantimage.bankone.net/Star/action/Print.do?pageName=CCStmt&nTotalItems=...   12/29/2009